Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SHELTON,<br><br>             Plaintiff,<br><br>        vs.<br><br>HATCHITT TAX CLUB INC.,<br><br>             Defendant. | **Case No.: 5:24-cv-02044-JGB-DTB**<br><br>**Hon. Jesus G. Bernal**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Robert Shelton, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Dated: February 26, 2025

                                              Respectfully Submitted,

                                              /s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 26, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470